**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al., | No. 2:08-cv-02488 JAM/KJM |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO STRIKE** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | Complaint Filed: July 31, 2007 |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record that the hearing on Plaintiffs' Motion to Strike currently set for April 22, 2009 at 9:00 a.m., in Courtroom 6, before Judge John A. Mendez be continued to May 20, 2009 at 9:00 a.m, in Courtroom 6, before Judge John A. Mendez. This continuance is necessary so that the recently substituted attorneys of record for Defendant OLIVERA EGG RANCH, LLC will have time to adequately address Plaintiffs' Motion to Strike.

///
///
///
///
///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
STIPULATION AND [PROPOSED] ORDER
00671513.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

| | | |
|---|---|---|
| Dated: April 2, 2009 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |

By  /s/ *Jared S. Mueller*
       Jared S. Mueller
       Attorneys for Defendant OLIVERA EGG RANCH, LLC

Dated: April 2, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By  /s/ *Nicole A. Roth*
       Nicole A. Roth
       Attorneys for Plaintiffs GLORIA AVILA, CHENDA CHE, LIA GALICINAO, MICHELLE LONG, GLEN MAGAOAY, JANICE MAGAOAY, JEFFREY ORIGER, LARRY YEPEZ, LYNDA YEPEZ, WAYNE YEPEZ, and THE HUMANE SOCIETY OF THE UNITED STATES.

**IT IS SO ORDERED.**

Dated: April 3, 2009                    /s/ John A. Mendez
                                         UNITED STATES DISTRICT JUDGE