**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OLIVERA EGG RANCH, LLC,<br><br>    Defendant.<br>_____/ | No. 2:08-cv-02488 JAM/KJM<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT TO FILE FIRST AMENDED ANSWER**<br><br>Complaint Filed: October 20, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record that Defendant be allowed to file its First Amended Answer to Plaintiffs' Complaint. After the substitution of Defendant's counsel of record, and prior to the hearing on Plaintiffs' Motion to Strike, Defendant's Counsel prepared an amended answer to Plaintiffs' Complaint that will obviate Plaintiffs' need to pursue its Motion to Strike. If the Court grants leave to amend Defendant's First Amended Answer to Plaintiffs' Complaint, Plaintiffs will withdraw their Motion to Strike set for hearing on May 20, 2009 at 9:00 a.m., in Courtroom 6, before Judge John A. Mendez. Accordingly, having shown good cause, Defendant requests from this Court leave to file its First Amended Answer, attached herein as <u>Exhibit A</u>.

/ / /

/ / /

/ / /

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00679860.WPD

1
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: May 1, 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By  /s/ *Jared S. Mueller* |
| | Jared S. Mueller<br>Attorneys for Defendant OLIVERA EGG RANCH, LLC |
| Dated: May 1, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By  /s/ *Joshua D. Watts* |
| | Joshua D. Watts<br>Attorneys for Plaintiffs GLORIA AVILA, CHENDA CHE, LIA GALICINAO, MICHELLE LONG, GLEN MAGAOAY, JANICE MAGAOAY, JEFFREY ORIGER, LARRY YEPEZ, LYNDA YEPEZ, WAYNE YEPEZ, and THE HUMANE SOCIETY OF THE UNITED STATES. |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00679860.WPD

# **ORDER**

Good cause appearing, it is hereby ORDERED that Defendant is allowed to file its First Amended Answer, attached herein as Exhibit A.

Dated: May 1, 2009          /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00679860.WPD