ANGELA L. PADILLA (STATE BAR NO. 154863)
apadilla@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
NICOLE A. ROTH (STATE BAR NO. 244919)
nroth@orrick.com
HILARIE A. LINK (STATE BAR NO. 261527)
hlink@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone: +1-240-388-5023
Facsimile: +1-202-778-6132

Attorneys for Plaintiffs
Gloria Avila, Chenda Che, Lita Galicinao, Michelle Long, Glen
Magaoay, Janice Magaoay, Jeffrey Origer, Larry Yepez, Lynda
Yepez, Wayne Yepez, and The Humane Society of the United
States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA AVILA, CHENDA CHE, LITA GALICINAO, MICHELLE LONG, GLEN MAGAOAY, JANICE MAGAOAY, JEFFREY ORIGER, LARRY YEPEZ, LYNDA YEPEZ, WAYNE YEPEZ, AND THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>OLIVERA EGG RANCH, LLC,<br><br>Defendant. | Case No. 2:08-CV-02488 JAM KJM<br><br>**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' APRIL 9, 2009 MOTION TO STRIKE** |

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Withdraw their April 9, 2009
2  Motion to Strike is GRANTED and the corresponding hearing, scheduled for May 20, 2009 at
3  9:00 a.m. in Courtroom 6 before the Honorable John Mendez, is removed from the calendar.

5  IT IS SO ORDERED.
6  Dated:   May 5, 2009

                                          /s/ John A. Mendez
                                          The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com