IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA AVILA, et al.,

        Plaintiffs,                       No. CIV 08-2488 JAM KJM

    vs.

OLIVERA EGG RANCH,

        Defendant.                     <u>ORDER</u>

_____/

        Plaintiffs' motion for protective order came on regularly for hearing January 13, 2010.  Peter Brandt and Joshua Watts appeared for plaintiffs.  Jared Mueller and Russ Wunderli appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        Within fourteen days, plaintiffs shall submit a revised protective order, including a provision that the documents in dispute on this motion shall be subject to a "confidential" designation, and which allows for review by the defendant's insurer and defendant's owner and

/////

/////

/////

1 operator, Ed Olivera.  Copies of the documents made available for review by Ed Olivera shall be
2 maintained by defense counsel.
3 DATED: January 13, 2010.

_____
U.S. MAGISTRATE JUDGE

006
avila3.oah

2