IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA AVILA, et al.,

    Plaintiffs,

  v.

OLIVERA EGG RANCH, LLC,

    Defendant.
_____/

Case No. 2:08-CV-02488-JAM-KJN

ORDER DENYING DEFENDANT'S REQUEST FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING

    Defendant Olivera Egg Ranch, LLC has filed a Request for Reconsideration of Magistrate Judge Newman's April 5, 2010 Order Granting Plaintiff's Motion for Attorneys' Fees and Costs in the amount of $143,057.00. The matter is presently before the Court pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Local Rules 230(j) and 303.[1]

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

On April 5, 2010, following this Court's Order Imposing Sanctions (Doc. # 80), as well as full briefing by both parties, a hearing on the matter, and an independent analysis of the Plaintiffs' bills and Defendant's rebuttal evidence, Magistrate Judge Newman issued an Order awarding Plaintiffs' $143,057.00 in attorneys' fees and costs.  (Doc. # 97).  While the district court judge possesses the power to reconsider non-dispositive pretrial matters decided by the magistrate judge, the decision of the magistrate judge should not be overturned unless it is clearly erroneous or contrary to law.  Fed. R. Civ. P. 72(a); see also Local Rule 303(f); 28 U.S.C. § 636(b)(1)(A).

Having carefully reviewed the entire file, the Court finds the April 5, 2010 Order to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's Request for Reconsideration is DENIED; and

2. The amount of attorneys' fees and costs set forth in Magistrate Judge Newman's April 5, 2010 Order is AFFIRMED.

IT IS SO ORDERED.

Dated: May 5, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE