**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al., | Case No. 2:08-CV-02488-JAM-KJN |
| Plaintiffs, | **STIPULATION AND ORDER TO AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER TO ALLOW DEPOSITIONS UP TO AND INCLUDING JUNE 11, 2010** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record that the parties shall be allowed to take depositions up to and including June 11, 2010.

In light of the unanticipated amount of expert witnesses for whom depositions must be taken in this case, in addition to the unforeseen availability problems that have arisen during the scheduling of these depositions, it is necessary for one or more depositions to be taken after the discovery deadline of May 31, 2010, as provided in the Status (Pre-trial Scheduling) Order.

The parties have met and conferred on this issue and have stipulated to allow the taking of any depositions that have already been noticed but have not been scheduled due to unforeseen scheduling

problems. The parties will allow these depositions to take place up to and including June 11, 2010.

This stipulation is limited to those depositions that have already been noticed and shall not include any additional discovery.

| | |
|---|---|
| Dated: May 25, 2010 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By   /s/ *Jared S. Mueller*  <br>      Jared S. Mueller<br>      Attorneys for Defendant OLIVERA EGG RANCH, LLC |
| Dated: May 25, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By   /s/ *Nicole A. Roth*  <br>      Nicole A. Roth  <br>      Attorneys for Plaintiffs GLORIA AVILA, CHENDA CHE, LIA GALICINAO, MICHELLE LONG, GLEN MAGAOAY, JANICE MAGAOAY, JEFFREY ORIGER, LARRY YEPEZ, LYNDA YEPEZ, WAYNE YEPEZ, and THE HUMANE SOCIETY OF THE UNITED STATES. |

## ORDER

The parties having filed a Stipulation to allow the taking of depositions, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Status (Pre-trial Scheduling) Order is amended to allow the taking of depositions that have already been noticed up to and including June 11, 2010. This extension is limited to the taking of depositions that have already been noticed and shall not include any additional discovery.

**IT IS SO ORDERED.**

Dated:  May 26, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

Case 2:08-cv-02488-JAM-KJN   Document 113   Filed 05/26/10   Page 3 of 5

3

00788825.WPD
STIPULATION AND [PROPOSED] ORDER TO AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER TO ALLOW DEPOSITIONS UP TO AND INCLUDING JUNE 11, 2010

<u>Avila, et al. v. Olivera Egg Ranch, LLC</u>
United States Eastern District Court Case No: 2:08-CV-02488-JAM-KJN

## DECLARATION OF PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action; my business address is, and I am employed at Porter Scott, 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date below I served the following document(s) on the person(s) listed below as follows:

**DOCUMENT(S) SERVED:**   STIPULATION AND [PROPOSED] ORDER TO AMEND THE STATUS (PRE-TRIAL SCHEDULING) ORDER TO ALLOW DEPOSITIONS UP TO AND INCLUDING JUNE 11, 2010

_____ BY MAIL. By placing a true copy thereof enclosed in a sealed envelope addressed to each of the persons named below and by then placing said envelope for collection at a designated location at Porter Scott's offices during designated hours, for mailing on this date, following ordinary business practice.

  X   BY ELECTRONIC SERVICE. I caused the above-listed document(s) document to be electronically served by filing it with the Clerk of the Court through CM/ECF.

_____ BY PERSONAL SERVICE. I caused the above-listed document(s) to be delivered by hand to the office of the person(s) listed below.

_____ BY OVERNIGHT DELIVERY. I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below.

_____ BY FACSIMILE. I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below.

**ADDRESSED AS FOLLOWS:** SEE ATTACHED LIST

I declare under penalty of perjury the foregoing is true and correct under the laws of the United States of America.

Executed at Sacramento, California, on May 25, 2010.

        */s/ Jared S. Mueller*
        Jared S. Mueller

<u>Avila, et al. v. Olivera Egg Ranch, LLC</u>
United States Eastern District Court Case No: 2:08-CV-02488-JAM-KJN

## PROOF OF SERVICE LIST

ROBERT S. SHWARTS
JOSHUA D. WATTS
NICOLE A. ROTH
ORRICK, HERRINGTON & SUTCLIFFE
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669
rshwarts@orrick.com
jwatts@orrick.com
nroth@orrick.com


PETER BRANDT
JESSICA CULPEPPER
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L STREET, N.W.
WASHINGTON, DC 20037
pbrandt@hsus.org
jculpepper@hsus.org


HILARIE A. LINK
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET, SUITE 3200
LOS ANGELES, CA 90017-5855
hlink@orrick.com


STEPHANIE COWLES
ALEXANDRA FREIDBERG
ORRICK, HERRINGTON & SUTCLIFFE
1152 15TH STREET, NW
WASHINGTON, DC 20005
scowles@orrick.com
afreidberg@orrick.com