**P O R T E R** | **S C O T T**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al., | Case No. 2:08-CV-02488-JAM-KJN |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |
| _____/ | |

The Court, having considered Defendant's Request to Seal Document, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant's Request to Seal Document is GRANTED. The Clerk of the Court shall remove from Attachment #1 of Docket No. 135 and seal the following document:

•       Defendant's Reply to Plaintiffs' Responses to Defendant's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication

Dated:  July 29, 2010                      /s/ John A. Mendez
                                                        UNITED STATES DISTRICT JUDGE

1