1 | ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
3 | San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
4 | Facsimile:   +1-415-773-5759

5 | STEPHANIE M. COWLES (*Pro Hac Vice*)
ALEXANDRA G. FREIDBERG (STATE BAR NO. 254027)
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
7 | Washington, DC 20001
Telephone:   +1-202-339-8400
8 | Facsimile:   +1-202-339-8500

9 | PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
10 | ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
11 | 2100 L Street, NW
Washington, DC 20037
12 | Telephone:   +1-240-388-5023
Facsimile:   +1-202-778-6132
13 |
ANDREA L. BROWN (State Bar No. 237629)
14 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
15 | Sacramento, California  95814-4497
Telephone:   916-447-9200
16 | Facsimile:   916-329-4900

17 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA AVILA, et al., | Case No.  2:08-CV-02488 JAM KJM |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL** |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered Plaintiffs' Motion to Seal, Memorandum in Support and its supporting papers, the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Plaintiffs' Motion to Seal is GRANTED.  The Clerk of Court shall permanently seal the following documents:

- Plaintiffs' Reply in Support of Motion for Partial Summary Judgment;
- Declaration of Peter Brandt submitted in support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment;
- Exhibits 1 through 7 to Declaration of Peter Brandt submitted in support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment;
- Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment.

Dated:   July 28, 2010

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court
Eastern District of California

- 1 -

PROPOSED ORDER
2:08-CV-02488 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com