ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

STEPHANIE M. COWLES (*Pro Hac Vice*)
ALEXANDRA G. FREIDBERG (STATE BAR NO. 254027)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20001
Telephone: +1-202-339-8400
Facsimile: +1-202-339-8500

PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone: +1-240-388-5023
Facsimile: +1-202-778-6132

ANDREA L. BROWN (State Bar No. 237629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA AVILA, et al., | Case No. 2:08-CV-02488 JAM KJN |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL** |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |
| Defendants. | |

OHS West:260961701.1

PROPOSED ORDER
2:08-CV-02488 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered Plaintiffs' Motion to Seal, Memorandum in Support and its supporting papers, the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Plaintiffs' Motion to Seal is GRANTED. The Clerk of Court shall permanently seal the following documents:

- Plaintiffs' Corrected Opposition to Defendant's Motion for Summary Judgment;
- Exhibit FF to the Declaration of Jessica Culpepper submitted in support of Plaintiffs' Motion for Partial Summary Judgment.

Dated: July 30, 2010

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com