IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA AVILA, et al.

        Plaintiffs,                  No. 2:08-cv-02488 JAM KJN

    vs.

OLIVERA EGG RANCH, LLC

        Defendant.                <u>ORDER</u>

_____/

        On August 10, 2010, this court issued an Order and Order to Show Cause why sanctions should not be imposed against defendant for failing to pay the attorneys' fees award previously issued by this court.  (Dkt. No. 151.)  Further, the court questioned whether plaintiffs were entitled to conduct judgment debtor examinations at this stage of the proceedings.  (<u>Id</u>.)

        On August 18, 2010, defendant filed a statement of cause.  (Dkt. No. 154.)  Defendant responded, in essence, that it had not paid the attorneys' fees because neither Judge Mendez' February 17, 2010 Order or Magistrate Judge Newman's April 5, 2010 Order indicated when the sanction was to be paid, and that defendant had concluded after legal analysis that the attorneys' fees award would become payable after the entry of a final judgment.  (Dkt. No. 154 at 2.)  Defendant also noted that it would be inequitable for plaintiffs to insist upon payment because the court entered a separate sanction against plaintiffs that also remained unpaid.  (<u>Id</u>.)

1

1  Following the issuance of this court's August 10, 2010 Order and Order to Show
2  Cause, the parties entered into a stipulation whereby payment of all court-ordered attorneys' fees
3  and costs will be made by each respective party within 30 days of that date.  (Dkt. No. 154-1 at
4  1-2.)  Hence, the August 10, 2010 Order to Show Cause is HEREBY DISCHARGED.

**IT IS SO ORDERED.**

DATED:  August 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE