1 | ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
3 | San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
4 | Facsimile:    +1-415-773-5759

5 | STEPHANIE M. COWLES (*Pro Hac Vice*)
ALEXANDRA G. FREIDBERG (STATE BAR NO. 254027)
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
7 | Washington, DC 20001
Telephone:   +1-202-339-8400
8 | Facsimile:    +1-202-339-8500

9 | PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
10 | ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
11 | 2100 L Street, NW
Washington, DC 20037
12 | Telephone:   +1-240-388-5023
Facsimile:    +1-202-778-6132
13 |
ANDREA L. BROWN (State Bar No. 237629)
14 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
15 | Sacramento, California  95814-4497
Telephone:   916-447-9200
16 | Facsimile:    916-329-4900

17 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA AVILA, et al., | Case No.  2:08-CV-02488 JAM KJM |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGEMENT AND DENYING DEFENDANT'S MOTIONS TO DISMISS** |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |
| Defendants. | |

OHS West:260976929.1

PROPOSED ORDER
2:08-CV-02488 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

Based on the parties' supporting papers, the arguments of counsel, the Court's findings at the hearing on these matters, and good cause appearing, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion for Partial Summary Judgment DENIED;
- Defendant's Motion to Dismiss For Failure to State a Claim is DENIED; and
- Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction is DENIED.

Dated: August 26, 2010

       /s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com