**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al., | Case No. 2:08-CV-02488-JAM-KJN |
| Plaintiffs, | **ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |

The Court, having considered Defendant's Motion for Summary Judgment or, In the Alternative, Summary Adjudication, IT IS HEREBY ORDERED that the motion is DENIED.


Dated:  August 27, 2010              /s/ John A. Mendez
                                     UNITED STATES DISTRICT JUDGE