1  CHARLES F. SPEER (*Pro Hac Vice*)
   PETER B. BIERI (*Pro Hac Vice*)
2  Speer Law Firm, P.A.
   104 W. 9th Street, Suite 305
3  Kansas City, MO 64105
   Telephone:   +1-816-472-3560
4  Facsimile:   +1-816-421-2150

5  RICHARD H. MIDDLETON, JR. (*Pro Hac Vice*)
   THE MIDDLETON FIRM
6  58 E. Broad Street
   Savannah, GA  31402
7  Telephone: +1 912-234-1133
   Facsimile: +1 912-233-1750
8
   ROBERT S. SHWARTS (STATE BAR NO. 196803)
9  NICOLE A. ROTH (STATE BAR NO. 244919)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 The Orrick Building
   405 Howard Street
11 San Francisco, CA 94105-2669
   Telephone:   +1-415-773-5700
12 Facsimile:   +1-415-773-5759

13 PETER BRANDT (STATE BAR NO. 241287)
   JESSICA CULPEPPER (*Pro Hac Vice*)
14 ANDREW LURIE (*Pro Hac Vice*)
   THE HUMANE SOCIETY OF THE UNITED STATES
15 2100 L Street, NW
   Washington, DC 20037
16 Telephone:   +1-240-388-5023
   Facsimile:   +1-202-778-6132
17

18 Attorneys for Plaintiffs
19

**FILED**

JAN 2 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLIVERA EGG RANCH, LLC,<br><br>Defendant. | Case No. 2:08-CV-02488 JAM KJM<br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL<br>Trial Date: February 14, 2011<br>Time: 9:00 a.m.<br>Judge: Honorable John A. Mendez |

1

The Court, having considered Plaintiffs' Motion to Seal, Memorandum in Support and its supporting papers, the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Plaintiffs' Motion to Seal is GRANTED. The Clerk of Court shall permanently seal the following documents:

- Edward Olivera (Feb. 25, 2010)
- Edward Olivera (Apr. 21, 2010)
- Edward Olivera (May 25, 2010)
- Jose Cabrera
- Charles Schmidt
- John Den Dulk
- Frank Mitloehner
- Steven Munday
- Eric Gershwin
- Bruce Bell
- Jeffrey Hicks

This motion is made pursuant to Civil L.R. 141 and the Stipulated Protective Order (Docket # 78) issued in this case on the grounds that this information has been designated by the parties as Confidential, or contains information information designated as confidential pursuant to the terms of the Stipulated Protective Order.

This motion is based on this notice of request and request, the accompanying Memorandum of Points and Authorities In Support, and the pleadings and papers lodged and on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

Dated: 1-25-2011

_____
The Honorable John A. Mendez
United States District Court
Eastern District of California

1