1  CHARLES F. SPEER (*Pro Hac Vice*)
   PETER B. BIERI (*Pro Hac Vice*)
2  Speer Law Firm, P.A.
   104 W. 9th Street, Suite 305
3  Kansas City, MO 64105
   Telephone:  +1-816-472-3560
4  Facsimile:  +1-816-421-2150

5  RICHARD H. MIDDLETON, JR. (*Pro Hac Vice*)
   THE MIDDLETON FIRM
6  58 E. Broad Street
   Savannah, GA 31402
7  Telephone: +1 912-234-1133
   Facsimile: +1 912-233-1750
8
   ROBERT S. SHWARTS (STATE BAR NO. 196803)
9  NICOLE A. ROTH (STATE BAR NO. 244919)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 The Orrick Building
   405 Howard Street
11 San Francisco, CA 94105-2669
   Telephone:  +1-415-773-5700
12 Facsimile:  +1-415-773-5759

13 PETER BRANDT (STATE BAR NO. 241287)
   JESSICA CULPEPPER (*Pro Hac Vice*)
14 ANDREW LURIE (*Pro Hac Vice*)
   THE HUMANE SOCIETY OF THE UNITED STATES
15 2100 L Street, NW
   Washington, DC 20037
16 Telephone:  +1-240-388-5023
   Facsimile:  +1-202-778-6132
17

18 Attorneys for Plaintiffs
19

20                     UNITED STATES DISTRICT COURT
21                     EASTERN DISTRICT OF CALIFORNIA
22                          SACRAMENTO DIVISION

23 | GLORIA AVILA, et al.,        | Case No. 2:08-CV-02488 JAM KJM
24 |                              | [~~PROPOSED~~] ORDER GRANTING
   |        Plaintiffs,           | PLAINTIFFS' REQUEST TO SEAL
25 |           v.                 | Trial Date: February 14, 2011
   |                              | Time:       9:00 a.m.
26 | OLIVERA EGG RANCH, LLC,      | Judge:      Honorable John A. Mendez
27 |        Defendant.            |
28

1

The Court, having considered Plaintiffs' Motion to Seal, Memorandum in Support and its supporting papers, the arguments of counsel, the pleadings and papers lodged and on file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

The Plaintiffs' Motion to Seal is GRANTED. The Clerk of Court shall permanently seal the following documents:

- Plaintiffs' Opposition to Defendant's Motion in Limine 4
- Plaintiffs' Opposition to Defendant's Motion in Limine 6
- Plaintiffs' Trial Brief

Dated: 2-3-2011

The Honorable John A. Mendez
United States District Court
Eastern District of California

1