**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Russ J. Wunderli, SBN 95654
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
OLIVERA EGG RANCH, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al., | Case No. 2:08-CV-02488-JAM-KJN |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |

The Court, having considered Defendant's Request to Seal Document, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant's Request to Seal Document is GRANTED. The Clerk of the Court shall lodge the following deposition transcripts under seal:

1. Humane Society of the United States by and through Jennifer Fearing;

2. Gloria Avila;

3. Chenda Che;

4. Lita Galicinao;

5. Michelle Long;

---
1
00863281.WPD  [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS

6. Glenn Magaoay;

7. Janice Magaoay;

8. Jeffrey Origer;

9. Larry Yepez;

10. Lynda Yepez;

11. Wayne Yepez;

12. Stephen W. Munday, M.D.;

13. Bruce A. Bell, Part I (with exhibits);

14. Bruce A. Bell Part II;

15. Edward Caraway (with exhibits parts I and II); and

16. Marty Rhoades (with exhibits).

Dated: 2-3-2011

_____
UNITED STATES DISTRICT JUDGE