CHARLES F. SPEER (*Pro Hac Vice*)
PETER B. BIERI (*Pro Hac Vice*)
Speer Law Firm, P.A.
104 W. 9th Street, Suite 305
Kansas City, MO 64105
Telephone:   +1-816-472-3560
Facsimile:    +1-816-421-2150

RICHARD H. MIDDLETON, JR. (*Pro Hac Vice*)
THE MIDDLETON FIRM
58 E. Broad Street
Savannah, GA  31402
Telephone: +1 912-234-1133
Facsimile:  +1 912-233-1750

ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone:   +1-240-388-5023
Facsimile:    +1-202-778-6132

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al. | Case No.  2:08-CV-02488 JAM KJN |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR SANCTIONS BASED ON DEFENDANT'S FAILURE TO PRODUCE RESPONSIVE DOCUMENTS** |
| v. | |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Gloria Avila, Chenda Che, Lita Galicinao, Michelle Long, Glen Magaoay, Janice Magaoay, Jeffrey Origer, Larry Yepez, Lynda Yepez, Wayne Yepez, and the Humane Society of the United States ("Plaintiffs") filed an Application for Leave to File Plaintiffs' Motion for Sanctions Based on Defendant's Failure to Produce Responsive Documents.

The Court, having considered all arguments in support of and in opposition to the application and good cause appearing therefor, HEREBY ORDERS THAT Plaintiffs are GRANTED leave to file Plaintiffs' Motion for Sanctions Based on Defendant's Failure to Produce Responsive Documents, which motion should be filed with the District Court Judge.

The parties shall adhere to the following expedited briefing schedule:

| | |
|---|---|
| PLAINTIFFS' MOTION FOR SANCTIONS: | May 5, 2011; |
| DEFENDANT'S OPPOSITION: | May 10, 2011; |
| PLAINTIFFS' REPLY: | May 12, 2011; |
| HEARING DATE: | May 16, 2011 at 9:00 a.m. |

Dated:  5/5/2011                                   /s/ John A. Mendez_____
                                                              The Honorable John A. Mendez
                                                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com