CHARLES F. SPEER (*Pro Hac Vice*)
PETER B. BIERI (*Pro Hac Vice*)
Speer Law Firm, P.A.
104 W. 9th Street, Suite 305
Kansas City, MO 64105
Telephone:   +1-816-472-3560
Facsimile:    +1-816-421-2150

RICHARD H. MIDDLETON, JR. (*Pro Hac Vice*)
THE MIDDLETON FIRM
58 E. Broad Street
Savannah, GA 31402
Telephone: +1 912-234-1133
Facsimile: +1 912-233-1750

ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone:   +1-240-388-5023
Facsimile:    +1-202-778-6132

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OLIVERA EGG RANCH, LLC,<br><br>Defendant. | Case No.  2:08-CV-02488 JAM KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND ATTORNEYS FEES BRIEFING** |

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record that

1. after Plaintiffs file their Bill of Costs on June 8, 2011, further proceedings on costs will be stayed until 7 days from the date of entry of the Court's order related to injunctive relief; and
2. parties agree to extend time for parties to file attorney fees motions until 30 days after all appeals are resolved.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 7, 2011 | CHARLES F. SPEER<br>Speer Law Firm, P.A. |
| | |
| | _/s/ Charles F. Speer_<br>CHARLES F. SPEER<br>Attorneys for Plaintiffs |
| Dated: June 7, 2011 | ROBERT S. SHWARTS<br>NICOLE A. ROTH<br>Orrick, Herrington & Sutcliffe LLP |
| | _/s/ Robert S. Shwarts_<br>ROBERT S. SHWARTS<br>Attorneys for Plaintiffs |
| Dated: June 7, 2011 | PETER BRANDT<br>JESSICA CULPEPPER<br>ANDREW LURIE<br>The Humane Society of the United States |
| | _/s/ Jessica Culpepper_<br>JESSICA CULPEPPER<br>Attorneys for Plaintiffs |
| Dated: June 7, 2011 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | _/s/ Jared S. Mueller_<br>JARED S. MUELLER<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated:   6/8/2011 | /s/ John A. Mendez<br>The Honorable John A. Mendez<br>United States District Court Judge |

2

PDF created with pdfFactory trial version www.pdffactory.com