CHARLES F. SPEER (*Pro Hac Vice*)
PETER B. BIERI (*Pro Hac Vice*)
Speer Law Firm, P.A.
104 W. 9th Street, Suite 305
Kansas City, MO 64105
Telephone:   +1-816-472-3560
Facsimile:    +1-816-421-2150

RICHARD H. MIDDLETON, JR. (*Pro Hac Vice*)
THE MIDDLETON FIRM
58 E. Broad Street
Savannah, GA  31402
Telephone: +1 912-234-1133
Facsimile:  +1 912-233-1750

ROBERT S. SHWARTS (STATE BAR NO. 196803)
NICOLE A. ROTH (STATE BAR NO. 244919)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759

PETER BRANDT (STATE BAR NO. 241287)
JESSICA CULPEPPER (*Pro Hac Vice*)
ANDREW LURIE (*Pro Hac Vice*)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone:   +1-240-388-5023
Facsimile:    +1-202-778-6132

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA AVILA, et al. | Case No.  2:08-CV-02488 JAM KJN |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS' INJUNCTIVE RELIEF CLAIMS** |
| v. | Judge:     Honorable John A. Mendez |
| OLIVERA EGG RANCH, LLC, | |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

In light of the Satisfaction of Judgment filed by Plaintiffs [Dkt. # 345], on October 12, 2011, IT IS HEREBY ORDERED THAT: Plaintiffs' unopposed motion to dismiss with prejudice Plaintiffs claims for injunctive relief is GRANTED.

Dated:   10/28/2011                               /s/ John A. Mendez
                                                  The Honorable John A. Mendez
                                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com